# United States District Court

AO 245D (Rev. 09/17)
Sheet 1- Judgment in a Criminal Case for Revocations

**FILED**
**MAY 1 5 2018**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Timothy R. Dugger | Case Number: 1:03CR00029SNLJ |
| | USM Number: 29335-044 |
| | Michael A. Skrien |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions(s)  General, Standard and Special Conditions  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition | Defendant was arrested for committing new offenses and possessing illegal drugs | 11/10/17 |
| Standard Condition #2 | Defendant failed to submit monthly reports to the Probation office | 03/17 |
| Standard Condition #5 | Defendant failed to maintain employment | 4/21/17 |

   The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. NO : | 7220 | May 15, 2018 |
|---|---|---|
| Defendant's Date of Birth: | 1981 | Date of Imposition of Judgment |

City and State of Defendant's Residence:

Doniphan, MO

_____
Signature Judge

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

May 15, 2018
Date

Record No.: 29

Judgment-Page __2__ of __3__

DEFENDANT: Timothy R. Dugger
CASE NUMBER: 1:03CR00029SNLJ
District: Eastern District of Missouri

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #1 | Defendant tested positive for amphetamines | 04/17 |
| Special Condition #2 | Defendant tested positive for amphetamines and failed to report for residential treatment | 04/17 |

Judgment-Page __3__ of __3__

DEFENDANT: Timothy R. Dugger
CASE NUMBER: 1:03CR00029SNLJ
District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __16 MONTHS__

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./pm on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE



DEFENDANT: Timothy R. Dugger
CASE NUMBER: 1:03CR00029SNLJ
USM Number: 29335-044

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐  The Defendant was released on _____ to _____ Probation

☐  The Defendant was released on _____ to _____ Supervised Release

☐  and a Fine of _____  ☐ and Restitution in the amount of _____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____